# ALABAMA COURT OF CRIMINAL APPEALS



**January 12, 2024**

**CR-2022-0512**
Jerry Lee Pruitt v. State of Alabama (Appeal from Jefferson Circuit Court:  CC-20-1678)

# NOTICE

You are hereby notified that, on January 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk